STATE OF CONNECTICUT *v.* CHARLES E. KERR

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 203 (AC 29611), is denied.

*Gary A. Mastronardi*, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided April 29, 2010

IN RE JUSTIN F.

IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 31728) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided April 29, 2010

IN RE JUSTIN F.

IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 31728) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.